UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO PRADO, | No. 2:15-cv-1866 WBS KJN (TEMP) P |
| Plaintiff, | |
| v. | ORDER |
| GARY SWARTHOUT, Warden, et al., | |
| Defendants. | |

Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of May 16, 2016.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's June 8, 2016, request for an extension of time (ECF No. 10) is granted; and

2. Plaintiff shall file an amended complaint on or before July 15, 2016.

Dated: July 15, 2016

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/kly
prad1866.36eot