UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO PRADO,<br><br>  Plaintiff,<br><br>  v.<br><br>GARY SWARTHOUT, et al.,<br><br>  Defendants. | No. 2:15-cv-1866 WBS DB P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 24, 2017, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. None of the parties have filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 24, 2017 (ECF No. 15) are adopted in full;

1

2. The ADA claims against all defendants in their individual capacities are dismissed with prejudice;

3. The First Amendment claims against all defendants are dismissed without prejudice; and

4. Plaintiff's requests for injunctive relief are dismissed as moot.

Dated: April 24, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DLB:9
Prad1866.800