UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO PRADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARY SWARTHOUT, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-1866 WBS DB P<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges defendants violated his rights under the Eighth Amendment and the Equal Protection Clause by failing to provide him with a shower he could safely use.

Plaintiff filed a motion to compel discovery claiming defendants did not respond to his discovery requests. (ECF No. 28.) Defendants have not filed a response or statement of non-opposition to plaintiff's motion to compel. Failure to oppose the motion will be deemed a statement of non-opposition and may result in the granting of plaintiff's motion to compel. See L.R. 230(l).

In light of the unresolved motion to compel, the court will sua sponte extend the deadline for filing any pretrial motions.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days of the date of this order defendants shall file an opposition, file a statement of non-opposition to plaintiff's motion to compel, or otherwise show why plaintiff's motion to compel should not be granted.

2. The August 7, 2017 Discovery and Scheduling Order (ECF No. 27) is amended as follows: all pretrial motions, except motions to compel discovery, shall be filed on or before April 26, 2018. In all other respects, the Discovery and Scheduling Order remains the same.

Dated: March 26, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB1/prisoner-civil rights/prad1866.mtc