UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO PRADO, | No. 2:15-cv-1866 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| SWARTHOUT, et al., | |
| Defendants. | |

Counsel for defendants has requested an extension of time to file and serve objections to the February 5, 2019 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time (ECF No. 48) is granted; and

2. Defendants shall file and serve their objections on or before March 12, 2019.

Dated: February 27, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner.Civil.Rights/prad1866.36obj(d)